IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEE SCHARER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC GROUP, WARNER MUSIC GROUP CORP., TIME WARNER, INC., SONY BMG MUSIC ENTERTAINMENT, SONY CORPORATION OF AMERICA, BERTELSMANN, INC., and EMI GROUP PLC,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 06-5254 SBA<br><br>**ORDER** |

On October 10, 2006, the parties in this action filed a Stipulation Regarding Extension of Time to Plead and Other Pretrial Matters. In the Stipulation, the parties notified the Court that on September 27, 2006, the Judicial Panel on Multidistrict Litigation conditionally transferred this case to the Southern District of New York for inclusion in *In re Digital Music Antitrust Litigation*, MDL No. 1780.

Accordingly, IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending final transfer by the MDL Panel. All dates and deadlines established in this matter are VACATED.

IT IS SO ORDERED.

Dated: 10/11/06

　　　　　　　　　　　　　　　　　　　　　/s/ Saundra B Armstrong
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge